FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 19 2010
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

3:10CV00015-JLH-BD 1-13-10

Sharon Beasley OEfendant Address
Location Or Address 350 Afco Road
west Memphis ARK 72301

CamilE MilleR OEfendant Address
Location or Address 350 Afco Road
west Memphis ARK 72301

This case assigned to District Judge Holmes
and to Magistrate Judge Deere

#1. walter williams 350 Afco Road west Memphis ARK
2. HANK Brown Department of correction
3. Clifton ingram 350 Afco Road west Memphis ARK
4. Timothy Brown 350 Afco Road west memphis ARK
5. OEon Walker 350 Afco Road west Memphis ARK
OR 326 South 7th street west Memphis ARK
6. John Jefferson Department of correction
7. Antwain OOshie 350 Afco Road west Memphis
ARK 72301

# I do not have $350.00 For to File A Civil
haw Suit this is why Im Mailing yall
this Foimapaupis that I had sign By
An Aur thoriZe person because this is
how much of money Ive had since
Ive been incarsarated I do not have
any job at all or cannot work At All