# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JERRY HART**                                                                **PLAINTIFF**

**V.**               **CASE NO. 3:10CV00015 JLH-BD**

**SHARON BEASLEY, et al.**                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's clams against Defendants Miller, Williams, H. Brown, Ingram, T. Brown, Walker, Jefferson, and Ooshie are DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of March, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE