**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JERRY HART                                                                                    PLAINTIFF

v.                                        NO. 3:10CV00015 JLH-BD

SHARON BEASLEY                                                                          DEFENDANT

## <u>ORDER</u>

On February 17, 2010, United States Magistrate Judge Beth Deere filed a partial report and recommendations in which she recommended that Jerry Hart's claims against defendants Camile Miller, Walter Williams, Hank Brown, Clifton Ingram, Timothy Brown, Deon Walker, John Jefferson, and Antwain Ooshie be dismissed without prejudice because no allegations were made against them in the complaint.  The Court then adopted the partial report and recommendations and dismissed the claims against those persons listed above.

Hart has now filed a document that has been docketed as a motion for reconsideration.  He objects to the fact that references of his witnesses were dismissed from the case.  Apparently, he believes that because those persons were dismissed he cannot call them as witnesses, which is not true.  No decision has been made as to whom Hart may call as witnesses.  The only decision that has been made now is that he does not state a claim against Camile Miller, Walter Williams, Hank Brown, Clifton Ingram, Timothy Brown, Deon Walker, John Jefferson, and Antwain Ooshie, because the complaint does not allege anything that they did that would constitute a violation of Hart's constitutional rights.  Whether they are needed as witnesses will be addressed at a later date, should an evidentiary hearing in this case be needed.

The motion for reconsideration is DENIED.  Document #18.

IT IS SO ORDERED this 17th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE