IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRY HART**
**ADC # 92358**                                                                                           **PLAINTIFF**

V.                              CASE NO. 3:10CV00015-BD

**SHARON BEASLEY**                                                                              **DEFENDANT**

## ORDER

In light of the Consent to Jurisdiction by a United States Magistrate Judge (docket entry #30), the evidentiary hearing scheduled for January 18, 2011, at 10:00 a.m. in Jonesboro, Arkansas, will be conducted as a bench trial. All deadlines in the Scheduling Order (#24) remain in effect.

IT IS SO ORDERED this 31st day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE