IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JERRY HART,**  **PLAINTIFF**
**ADC #92358**
**V.**          **CASE NO. 3:10CV00015 BD**

**SHARON BEASLEY, et al.**  **DEFENDANTS**

## ORDER

Defendant Beasley has filed a motion for extension of time to file dispositive motions in this matter. (Docket entry #40) For good cause, the motion (#40) is GRANTED. All parties shall have until November 19, 2010 to file dispositive motions in this case.

IT IS SO ORDERED this 17th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE