IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY HART                                                                                              PLAINTIFF

V.                          CASE NO. 3:10CV00015-BD

SHARON BEASLEY                                                                                   DEFENDANT

## ORDER

On January 6, 2011, the Court granted Sharon Beasley's motion for partial summary judgment. (Docket entry #56) Mr. Hart's claims for compensatory damages against Ms. Beasley for violation of his constitutional rights were dismissed with prejudice. In the January 6th order, however, the Court notified the parties that it had determined that Mr. Hart was entitled to summary judgment on his claim that Ms. Beasley had violated his procedural due process rights. The parties were given fourteen days to respond to the order and state whether they had any objections to the Court's findings. Neither of the parties has responded to the order, and the time to do so has expired.

Accordingly, Mr. Hart is entitled to summary judgment on his claim that Ms. Beasley violated his procedural due process rights by failing to provide him any type of hearing before he was placed in punitive segregation for seventy-two hours. Mr. Hart is awarded three dollars in nominal damages for each day he was housed in punitive isolation.

IT IS SO ORDERED this 21st day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE