**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JERRY HART**                                                        **PLAINTIFF**

**V.**                              **CASE NO. 3:10CV00015-BD**

**SHARON BEASLEY**                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment is in favor of the Plaintiff, Jerry Hart.  Mr.

Hart is awarded $3.00 in nominal damages.

IT IS SO ORDERED this 21st day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE